**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1334**

_____

JAMES JOSEPH OWENS-EL,

    Petitioner - Appellant,

  v.

STATE OF MARYLAND; CITY OF BALTIMORE; PAMELA HOWERLL CAB
CO.,

    Respondents - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.
James K. Bredar, Chief District Judge.  (1:17-cv-03057-JKB)

_____

Submitted:  June 21, 2018        Decided:  June 25, 2018

_____

Before DIAZ and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Joseph Owens-El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Joseph Owens-El appeals the district court's orders dismissing his mandamus petition for want of jurisdiction and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Owens-El v. Maryland*, No. 1:17-cv-03057-JKB (D. Md. Nov. 9, 2017 & Mar. 5, 2018). We deny the motion for the court to intervene and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

*AFFIRMED*